**FILED & ENTERED**

JUL 22 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** vandenst **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION

| | |
|---|---|
| In re: Interworks Unlimited Inc., <br><br>Debtor(s),<br>Edward M. Wolkowitz<br><br>Plaintiff(s),<br>Vs.<br><br>Esther Kim<br><br>Defendant(s). | Case No.: 2:19-bk-17990-VZ<br><br>Chapter: 7<br><br>Adversary No.: 2:21-ap-01146-VZ<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE**<br><br>Date: January 22, 2026<br>Time: 11:00 AM<br>Ctrm: 1368, Roybal Federal Building<br>    255 E. Temple St., Los Angeles, CA 90012 |

A pretrial conference is set for December 18, 2025 at 11:00 a.m. To accommodate the court's schedule, **IT IS ORDERED** that the pretrial conference is continued to January 22, 2026, at 11:00 a.m.

###

Date: July 22, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

- 1 -