Kurt Ramlo (SBN (SBN 166856)
Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: kr@lnbyg.com  /  jmr@lnbyg.com

Attorneys for Plaintiff, Chapter 7 Trustee

**FILED & ENTERED**

**DEC 09 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-17990-VZ |
| INTERWORKS UNLIMITED INC., | Chapter 7 |
| Debtor. | |
| ——————————————— | Adv. No. 2:21-ap-01146-VZ |
| EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc., | **ORDER APPROVING STIPULATION EXTENDING DEADLINES AND CONTINUING PRE-TRIAL CONFERENCE** |
| Plaintiff, | |
| vs. | Current Pre-Trial Conference: Date:      January 22, 2026 Time:      11:00 a.m. Place:     Courtroom 1368 |
| ESTHER KIM, | |
| Defendant. | Proposed Continued Pre-Trial Conference: Date:      September 10, 2026 Time:      11:00 a.m. Place:     Courtroom 1368 255 E. Temple Street Los Angeles, California 90012 |

This *Stipulation To Extend Deadlines and continue Pre-Trial Conference* (ECF 70) (the "Stipulation") by and between Plaintiff Edward M. Wolkowitz ("Trustee"), Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc., and Defendant Esther Kim ("Defendant") was considered by the Court.

Good cause was shown to approve the Stipulation, and,

It is **ORDERED** that:

1.      The Stipulation is approved.

2.      The January 22, 2026 Pre-Trial Conference is continued to September 10, 2026, at 11:00 a.m.

# # #

Date: December 9, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge