United States Bankruptcy Court

Central District of California

Wolkowitz,
    Plaintiff

Kim,
    Defendant

Adv. Proc. No. 21-01146-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2     User: admin     Page 1 of 2
Date Rcvd: Dec 09, 2025     Form ID: pdf031     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Edward M. Wolkowitz, Levene, Neale, Bender, Yoo & Brill L.L.P, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067-6253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Esther Kim |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley M Teesdale | on behalf of Defendant Esther Kim ateesdale@bg.law  ecf@bg.law |
| Edward M Wolkowitz | on behalf of Interested Party Courtesy NEF emw@lnbyg.com |
| Joseph M Rothberg | on behalf of Plaintiff Edward M. Wolkowitz jmr@lnbyg.com  jmr.LNBYG@ecf.inforuptcy.com |
| Kurt Ramlo | |

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Dec 09, 2025 | Form ID: pdf031 | Total Noticed: 1

on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Todd C. Ringstad

on behalf of Defendant Esther Kim becky@ringstadlaw.com arlene@ringstadlaw.com

Todd M Arnold

on behalf of Plaintiff Edward M. Wolkowitz tma@lnbyg.com

United States Trustee (LA)

ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

```
 1 │ Kurt Ramlo (SBN (SBN 166856)
   │ Joseph Rothberg (SBN 286363)
 2 │ LEVENE, NEALE, BENDER, YOO &
   │ GOLUBCHIK L.L.P.
 3 │ 2818 La Cienega Avenue
   │ Los Angeles, California 90034
 4 │ Telephone: (310) 229-1234
   │ Email: kr@lnbyg.com  /  jmr@lnbyg.com
 5 │
   │ Attorneys for Plaintiff, Chapter 7 Trustee
 6 │
```

**FILED & ENTERED**

**DEC 09 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY carranza  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor.<br>_____<br>EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>ESTHER KIM,<br><br>Defendant. | Case No. 2:19-bk-17990-VZ<br><br>Chapter 7<br><br>Adv. No. 2:21-ap-01146-VZ<br><br>**ORDER APPROVING STIPULATION EXTENDING DEADLINES AND CONTINUING PRE-TRIAL CONFERENCE**<br><br>Current Pre-Trial Conference:<br>Date:   January 22, 2026<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br><br>Proposed Continued Pre-Trial Conference:<br>Date:   September 10, 2026<br>Time:   11:00 a.m.<br>Place:   Courtroom 1368<br>         255 E. Temple Street<br>         Los Angeles, California 90012 |

1

This *Stipulation To Extend Deadlines and continue Pre-Trial Conference* (ECF 70) (the "Stipulation") by and between Plaintiff Edward M. Wolkowitz ("Trustee"), Chapter 7 Trustee of the bankruptcy estate of Interworks Unlimited Inc., and Defendant Esther Kim ("Defendant") was considered by the Court.

Good cause was shown to approve the Stipulation, and,

It is **ORDERED** that:

1. The Stipulation is approved.

2. The January 22, 2026 Pre-Trial Conference is continued to September 10, 2026, at 11:00 a.m.

### ###

Date: December 9, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

2