Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: jmr@lnbyg.com

Attorneys for Plaintiff, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-17990-VZ |
| INTERWORKS UNLIMITED INC., | Adv. No. 2:21-ap-01146-VZ |
| Debtor. | Chapter 7 |
| EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc., | **STIPULATION TO DISMISS ADVERSARY PROCEEDING** |
| Plaintiff, | |
| vs. | |
| ESTHER KIM, | |
| Defendant. | |

1

STIPULATION TO DISMISS ADVERSARY PROCEEDING

**TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:**

Plaintiff Edward M. Wolkowitz, the duly-appointed and acting Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of Interworks Unlimited, Inc. ("Debtor"), and Defendant Esther Kim ("Defendant"), hereby agree and stipulate as follows:

## **RECITALS**

A. WHEREAS, on July 9, 2019, the Debtor filed a petition for relief under Chapter 7 of Title 11 of the United States Code.

B. WHEREAS, on July 9, 2021, Plaintiff filed a complaint against Defendant for breach of contract, unjust enrichment, and avoidance and recovery of voidable transactions ("Complaint"), commencing the above-captioned adversary proceeding ("Adversary Proceeding").

C. WHEREAS On March 24, 2022, as Adversary Docket No. 7, the Defendant filed its Answer to the Complaint ("Answer").

D. WHEREAS, the parties negotiated a preliminary settlement between themselves, which settlement was approved by this Court on July 3, 2024 in this Court's Order Granting Trustee's Second Omnibus Motion for Order Approving Compromises of Controversies (ECF Docket No. 170).

E. WHEREAS On July 12, 2024, the Trustee filed a Notice of Settlement (Adversary Docket No. 64).

F. WHEREAS the parties subsequently modified the settlement agreement between themselves, which settlement was approved by this Court on February 26, 2026 in this Court's Order Granting Trustee's Third Omnibus Motion for Order Approving Compromises of Controversies (ECF Docket No. 219).

G. WHEREAS the settlement between the Trustee and Defendant is now complete and all parties have fully performed.

H. WHEREAS, in light of the above, the Stipulating Parties desire to dismiss to dismiss the above captioned Adversary Proceeding, with prejudice.

## STIPULATION

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. That the Court dismiss Defendant and the entire Adversary Proceeding, with prejudice.

**IT IS SO STIPULATED.**

RINGSTAD & SANDERS LLP

Dated: March 2, 2026        By: _____
                                Todd Ringstad
                                Counsel for Defendant Esther Kim


LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.

Dated: March __2__, 2026    By: _____
                                Joseph M. Rothberg
                                Counsel for Plaintiff Edward M. Wolkowitz,
                                Chapter 7 Trustee

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation To Dismiss Adversary Proceeding**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **_March 2, 2026_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Ashley M Teesdale    ateesdale@bg.law, ecf@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward M Wolkowitz    emw@lnbyg.com

**2**.  **SERVED BY UNITED STATES MAIL**: On (*date*) **_March 2, 2026_**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **_March 2, 2026_**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**