| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Joseph Rothberg (SBN 286363)<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.<br>2818 La Cienega Avenue<br>Los Angeles, California 90034<br>Telephone: (310) 229-1234<br>Email: jmr@lnbyg.com<br><br>Attorneys for Plaintiff, Chapter 7 Trustee<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Plaintiff Edward M. Wolkowitz, Chapter 7 Trustee for bankruptcy estate of Interworks Unlimited Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *LOS ANGELES* DIVISION**

| In re:<br><br>INTERWORKS UNLIMITED INC.,<br><br>                                          Debtor(s). | CASE NO.: 2:19-bk-17990-VZ<br>CHAPTER: 7<br>ADVERSARY NO.: 2: 21-ap-01146-VZ |
|---|---|
| EDWARD M. WOLKOWITZ,<br>Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>                                          Plaintiff(s),<br><br>                    vs.<br><br>ESTHER KIM,<br><br>                                          Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion*[1]):<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

PLEASE TAKE NOTE that the order or judgment titled **ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING** was lodged on (*date*) March 2, 2026 and is attached. This order relates to the motion which is docket number 76 .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          Page 1                                          F 9021-1.2.ADV.NOTICE.LODGMENT

Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: jmr@lnbyg.com

Attorneys for Plaintiff, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>　　　　　Debtor.<br><br>―――――――――――――――――<br><br>EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ESTHER KIM,<br><br>　　　　　Defendant. | Case No. 2:19-bk-17990-VZ<br><br>Adv. No. 2:21-ap-01146-VZ<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

　　　The Court having read and considered the *Stipulation to Dismiss The Adversary Proceeding* ("<u>Stipulation</u>") entered into between and among, Plaintiff Edward M. Wolkowitz, the duly-appointed and acting Chapter 7 Trustee ("<u>Plaintiff</u>") for the bankruptcy estate of Interworks Unlimited, Inc. ("<u>Debtor</u>"), and Defendant Esther Kim ("<u>Defendant</u>"), and for good cause appearing therefor,

1

1 | IT IS HEREBY ORDERED THAT:

2

3 |     1.  The Stipulation is approved.

4 |     2.  The above captioned Adversary Proceeding is hereby dismissed, with prejudice.

5 | **IT IS SO ORDERED.**

6

7 |                                             # # #

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 2818 La Cienega Avenue, Los Angeles, California 90034.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyg.com
- Kurt Ramlo    RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Todd C. Ringstad    becky@ringstadlaw.com, arlene@ringstadlaw.com
- Joseph M Rothberg    jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Ashley M Teesdale    ateesdale@bg.law, ecf@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Edward M Wolkowitz    emw@lnbyg.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On (*date*) **March 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 2, 2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    **F 9021-1.2.ADV.NOTICE.LODGMENT**