United States Bankruptcy Court

Central District of California

Wolkowitz,
    Plaintiff

Kim,
    Defendant

Adv. Proc. No. 21-01146-VZ

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2
Date Rcvd: Mar 03, 2026      Form ID: pdf031      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Edward M. Wolkowitz, Levene, Neale, Bender, Yoo & Brill L.L.P, 10250 Constellation Blvd., Ste. 1700, Los Angeles, CA 90067-6253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |
| dft | | Esther Kim |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ashley M Teesdale | |
| | on behalf of Defendant Esther Kim ateesdale@bg.law ecf@bg.law |
| Edward M Wolkowitz | |
| | on behalf of Interested Party Courtesy NEF emw@lnbyg.com |
| Joseph M Rothberg | |
| | on behalf of Plaintiff Edward M. Wolkowitz jmr@lnbyg.com jmr.LNBYG@ecf.inforuptcy.com |
| Kurt Ramlo | |

District/off: 0973-2     User: admin     Page 2 of 2
Date Rcvd: Mar 03, 2026     Form ID: pdf031     Total Noticed: 1

on behalf of Plaintiff Edward M. Wolkowitz RamloLegal@gmail.com kr@ecf.courtdrive.com,ramlo@recap.email

Todd C. Ringstad
on behalf of Defendant Esther Kim becky@ringstadlaw.com arlene@ringstadlaw.com

Todd M Arnold
on behalf of Plaintiff Edward M. Wolkowitz tma@lnbyg.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

TOTAL: 7

```
Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email:  jmr@lnbyg.com
```

Attorneys for Plaintiff, Chapter 7 Trustee

**FILED & ENTERED**

MAR 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>　　　　　　Debtor.<br>―――――――――――――――<br>EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ESTHER KIM,<br><br>　　　　　　Defendant. | Case No. 2:19-bk-17990-VZ<br><br>Adv. No. 2:21-ap-01146-VZ<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION TO DISMISS ADVERSARY PROCEEDING**<br><br>Pre-Trial Conference:<br>Date:　　September 10, 2026<br>Time:　　11:00 a.m.<br>Place:　　255 East Temple Street<br>　　　　　Los Angeles, CA 90012<br>　　　　　Courtroom 1368 |

　　　　The Court having read and considered the *Stipulation to Dismiss The Adversary Proceeding* ("Stipulation") entered into between and among, Plaintiff Edward M. Wolkowitz, the duly-appointed and acting Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of Interworks Unlimited, Inc. ("Debtor"), and Defendant Esther Kim ("Defendant"), and for good cause appearing therefor,

1

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved.
2. The above captioned Adversary Proceeding is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

###

Date: March 3, 2026

Vincent P. Zurzolo
United States Bankruptcy Judge

2